[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 1280.]

STEELE, A MINOR, ET AL., APPELLANTS, *v*. AUBURN VOCATIONAL SCHOOL DISTRICT ET AL., APPELLEES.

[Cite as *Steele v. Auburn Vocational School Dist*., 1996-Ohio-272.]

*Appeal dismissed as improvidently allowed.*

(No. 94-1752—Submitted November 15, 1995—Decided January 3, 1996.)

APPEAL from the Court of Appeals for Lake County, No. 93-L-105.

————————————

*Spangenberg, Shibley, Traci, Lancione & Liber, Peter H. Weinberger* and *Cathleen M. Bolek,* for appellants.

*Quandt, Giffels & Buck Co., L.P.A.,* and *Joseph R. Tira,* for appellee Auburn Vocational School District.

*Law Offices of Marillyn Fagan Damelio* and *Marillyn Fagan Damelio,* for appellee Perry Local School District.

*Warhola, O'Toole, Loughman, Alderman & Stumphauzer, David K. Smith* and *Daniel D. Mason,* urging affirmance for *amici curiae*, Lorain City School District and Keystone Local School District.

*Means, Bichimer, Burkholder & Baker Co., L.P.A.,* and *Kimball H. Carey,* urging affirmance for *amicus curiae*, Ohio School Boards Association.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and Cook, JJ., concur.

————————————